## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jose Sergio Vargas individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Chicago Auto Pros, Inc. and Greg Natonson, individually, Defendants | Case: 1:16-cv-08747<br>Judge: Thomas M. Durkin |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Wednesday, November 23, 2016.

| | |
|---|---|
| **/s/ Valentin T. Narvaez**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | **/s/ Sukrat Ahmed Baber**<br>O'hagan, LLC<br>One East Wacker Drive, Suite 3400<br>Chicago, IL 60601 |